

4: CV15-393

WITHON THE UNITY-STATES,~UNITED-STATES(sic)-DI-STRICT-COURT

ON THE MIDDLE-DI-STRICT OF THE

WILLIAMSPORT:~PENNSILVANIA:~PENNSYLVANIA(sic):~UNITY-

STATES,~UNITED-STATES(sic):~POST-OFFICE:~ZIP-CODE:~17701~—

WITH THE REVISED-CODE:~RE~147~674~966~U.S.

:CLAIMANT:

:Kevin-Eugene: Swartz.

:~105-OLD-ORCHARD-ROAD.

:~MILTON:~PENNSILVANIA:~ZIP-CODE:~17847~.

~:VERSUS:~

:VASSALEE:

SEALED POWER CORPORATION: SPX, THERMAL PRODUCT

~:COPYRIGHT:~COPYCLAIM:~COPY:~NOVEMBER-03:~2013 BY THE Kevin-Eugene: Swartz WITH THE NON-BREAKING-SPACE~IS~~ARE~

:~1~.



RE 147 674 966 US

Label 200, August 2005        PSN 7690-03-000-9311

SOLUTIONS(sic)

FOR THE VASSALEE COUNSEL: Kenneth J. Sheehan: Esquire(sic)

WASHINGTON SQUARE, SUITE: 1100(sic)

1050 CONNECTICUT AVENUE, NORTH WEST(sic)

WASHINGTON, DISTRICT OF COLUMBIA(sic) ZIP CODE: 20036-5304(sic)

~:COMPLAINT-CLAIM:~

:I, Kevin-Eugene: Swartz, COMPLAINSO ONFOR THE PATENT-INFRINGEMENT ONWITHFOROFTHROUGHBY THESE UNITED-STATES-LETTERS-PATENT-NUMBER: 7,434,679 WITHON THE PUBLICATION-DATE: OCTOBER-14, 2008 ONBY THE CONVEYOR-INVENTIONS OFWITH THE CONVEYORS-CLAIMS THROUGHWITHBY THIS CLAIM-SAFEGUARD-ACTION~ISSO~ARESO~

~I THROUGH THE TITLE:~42:~UNITY-STATES,~UNITED-STATES(sic)-CODE:~SECTION:~1986-REMEDY FOR THE KNOWLEDGE OF THE LAW ONTHROUGH THE UNITY-STATES,~UNITED-STATES(sic) ONOFTHROUGHBY THE MIDDLE-DI-STRICT-COURT FOR THE CORRECTION OF THE WRONGS ON THE REMEDY BY THESE PRAYERS~IS~~ARE~

~:COPYRIGHT:~COPYCLAIM:~COPY:~NOVEMBER-03:~2013 BY THE Kevin-Eugene: Swartz WITH THE NON-BREAKING-SPACE~IS~~ARE~

:~2~.

~II ONTHROUGH THE COURT-ACTION WITH THE TITLE:~<u>35</u> ONTHROUGHBY THE ~UNITY-STATES-CODE,~UNITED-STATES(sic)-CODE:~SECTION:~<u>271</u> FOR THE REMEDY OF THE INFRINGEMENT,~TRESPASS,~ENCROACHMENT,~WANTON OFTHROUGHBY THE VASSALEE-FACTORY-ACTS WITH THE SALES-OFFERS,~SALES,~FACTORIES-ACTIVITIES OFON THE INVENTION-USAGE ONBY THE PATENT-VIOLATION WITHON THE UNITY-STATES,~UNITED-STATES(sic) OFWITH THE COMMERCE-ACTION OFONTHROUGHBYWITH THE UNITY-STATES,~UNITED-STATES(sic)-LETTERS-PATENT-NUMBER:~<u>7,434,679</u> ONBY THE TECHNOLOGY-SAFEGUARD WITH THE LACK OFWITH THE LICENSURE-CONTRACT WITHTHROUGH THE UNITY-STATES,~UNITED-STATES(sic) OFTHROUGHONBYWITH THE UNITY,~UNITED(sic)-STATES-LETTERS-PATENT-LICENSE:~<u>7,434,679</u> BYOF THE VASSALEE-ACTIONS~ISSO~~ARESO~

~:<u>DEFINITIONS ON THIS CLAIM</u>:~

:(sic)=SOUNDS-LIKE WITH THE FICTION-FORM BY THE PRESENTATION ONWITH THESE LETTERS-COMPLAINTS~IS~~ARE~

FOR THE TILDE-SYMBOL:~ BY THE LOCATION-LOCATOR ON THESE

~:COPYRIGHT:~COPYCLAIM:~COPY:~NOVEMBER-03:~2013 BY THE Kevin-Eugene: Swartz WITH THE NON-BREAKING-SPACE~IS~~ARE~

DOCUMENTS WITH THE ACCURACY~IS~~ARE~

FOR THE COPYRIGHT-POST THROUGH THE LAST-TWO-LINES OF THE LETTERS BY THE SATISFACTION OF THE ~UNITED-STATES-CODE:~TITLE:~17:~CHAPTER:~4:~SECTION:~401:~POST ON THE LETTERS~IS~~ARE~

:TITLES:~1,~3,~4,~5,~9,~10,~11,~13,~14,~17,~18,~23,~28,~31,~32,~35,~36,~37,~38,~39,~40,~41,~44,~46,~49,~51:~UNITED-STATES-CODES WITH THE TEXT THROUGH THE TITLE BY THE LAW-EVIDENCE-FACTS~IS~~ARE~

:REALM:~WILLIAM:~PENN:~CHARTER:~YEAR:~1681:~COLONY BY THE KING:~CHARLES:~II:~SEAL OF THE ENGLAND WITH THE BANNER:~I-DEFENSO THROUGH THE GREEN:~BEESWAX:~GREAT-SEAL ON THE PARCHMENT WITH THE IRON-GALL-INK-TEXT THROUGH THIS PENNSILVANIA-TERRITORY-CLAIM~ISSO~~ARESO~

:TITLE:~35:~UNITED-STATES-CODE:~SECTION:~271 ON THE VIOLATIONS OF THE LETTERS-PATENTS BY THE INFRINGEMENTS OF OTHER FACTORIES THROUGH THE ENCROACHMENT,~TRESPASS WITH THE SALES-OFFERS,~SALES,~FACTORIES-ACTIVITIES ON THE CLAIMS THROUGH THE USAGE BY THE PATENT-VIOLATIONS OF THE

~:COPYRIGHT:~COPYCLAIM:~COPY:~NOVEMBER-03:~2013 BY THE Kevin-Eugene: Swartz WITH THE NON-BREAKING-SPACE~IS~~ARE~

UNITED-STATES ON THE COMMERCE-ACTIONS THROUGH THE UNITED-STATES-LETTERS-PATENTS-NUMBERS:~7,434,679 BY THE TECHNOLOGY-SAFEGUARDS WITH THE LACK OF THE FRANCHISEE,~FRANCHISOR-GREEMENT-CONTRACT THROUGH THE UNITED-STATES ON THE UNITED-STATES-LETTERS-PATENTS-LICENSES:~7,434,679 BY OTHER FACTORIES,~RESELLERS,~FRANCHISEE-ACTIONS~ISSO~~ARESO~ ~:UNITY-STATES:~UNITED(sic)-STATES:~CODE:~TITLE:~4:~SECTION:~1,~2~IS~~ARE~ ~:UNITY-STATES:~UNITED-STATES(sic):~Dwight-D.(David):~Eisenhower:~EXECUTIVE-ORDER:~10834:~SOVEREIGN-FLAG WITH THE ADDITION ONBY THE ARCHIPELAGO-STATE:~HAWAII~ON THE DATE:~AUGUST-XXI OF THE YEAR:~MCMLIX-CHRISTIAN-RA:~ERA(sic)~ISSO~~ARESO~ THROUGH THE STAMPS BY THE UNITY-STATES,~UNITED-STATES(sic)-POSTAL-SERVICE-UNION WITHON THE POSTAGE-PAYMENT OF THE EQUAL OFON THE WHOLE-NUMBER:~1 FORONOFBY THE TOP-RIGHT-CORNER-LOCATION ON THE OBVERSE,~REVERSE-SIDES OFBY THIS FRONT-PAGE OFONWITHOFONTHROUGHWITHBYOF THIS~XII(~12)-

~:COPYRIGHT:~COPYCLAIM:~COPY:~NOVEMBER-03:~2013 BY THE Kevin-Eugene: Swartz WITH THE NON-BREAKING-SPACE~IS~~ARE~

:~5~.

PAGE-COUNT-PATENT-INFRINGEMENT,~TRESPASS,~ENCROACHMENT-,~WANTON-COMPLAINT WITHONOFTHROUGHBYWITH THE UNITY-STATES,~UNITED-STATES(sic)-POST-OFFICE-REGISTRATION-NUMBER ON OUR WORLD~IS~~ARE~

FOROFWITHBY THE SOVEREIGN-CHARTER-VESSEL-CASE:~_____~IS~~ARE~

OFFOR THE PATENT-CLAIM OF THE CORRECTION ON THE INFRINGEMENT,~TRESPASS,~ENCROACHMENT ONTHROUGHWITHOFONBY THE UNITY-STATES,~UNITED-STATES(sic)-LETTERS-PATENT-NUMBER:~7,434,679-SAFEGUARD OFBY THE PRAYER-REMEDIES

FOR THE REGISTRATION OF THE CASE:~RE~147~674~966~U.S. BY THE UNITY-STATES,~UNITED-STATES(sic)-POST-OFFICE ON OUR WORLD~ISSO~~ARESO~

FOR THE UNITY-STATES-CODES,~UNITED-STATES(sic)-CODES-DEFINITIONS THROUGH THE LAWS OF THE CONTRACT BY THE GOVERNANCE~IS~~ARE~

:BURGUNDY-BINDER=~LAW:~UNITY-STATES-CODE,~UNITED-

~:COPYRIGHT:~COPYCLAIM:~COPY:~NOVEMBER-03:~2013 BY THE Kevin-Eugene: Swartz WITH THE NON-BREAKING-SPACE~IS~~ARE~

STATES(sic)-CODE-SENATE-CONCLAVE-RATIFICATION THROUGH THE PUBLICATION ONOFBY THE UNITY-STATES-CODES,~UNITED-STATES(sic)-CODES:~TITLES:~1-~51~IS~~ARE~ ONOFFOR THE POSITIVE-STATUTES-LAW OFON THE ~LI(~51)-TITLES WITH THE LIST BY THE TITLES:~1,~3,~4,~5,~9,~10,~11,~13,~14,~17,~18,~23,~28,~31,~32,~35, ~36,~37,~38,~39,~40,~41,~44,~46,~49,~51 WITH THE TEXT ON THE TITLE ONTHROUGHBY THE LAW-EVIDENCE-FACT~ISSO~~ARESO~ ON OTHER TITLES THROUGHWITHON THE UNITY-STATES-CODES,~UNITED-STATES(sic)-CODES WITH THE LIST BY THE TITLES:~2,~6,~7,~8,~12,~15,~16,~19,~20,~21,~22,~24,~25,~26,~27,~29,~30,~33,~34,~42,~43,~45,~48,~50 WITH THE TEXT ON THE TITLE ONTHROUGHBY THE STATUES-LAW-GOVERNANCE~IS~~ARE~ :SYMBOLS,~LAW-ACRONYMS WITH THE OTHER-DEFINITIONS:

~1 :ROME-NUMERALS:~I OF THE NOW-TIME-NUMERAL-HIEROGLYPHS~IS~~ARE~

~2 :ARABIC-NUMERALS:~1 OF THE NOW-TIME-EDITING-PARAGRAPHS-HIEROGLYPHS~IS~~ARE~

~3 :ORDINAL-NUMBERS:~FIRST OF THE NOW-TIME-WRITTEN-

~:COPYRIGHT:~COPYCLAIM:~COPY:~NOVEMBER-03:~2013 BY THE Kevin-Eugene: Swartz WITH THE NON-BREAKING-SPACE~IS~~ARE~

LANGUAGE-ORDER~IS~~ARE~

FOR THE MATH THROUGH THE ROME-NUMERAL-DEFINITIONS:~I=~1,~V=~5,~X=~10,~L=~50,~C=~100,~D=~500,~M=~1000:ADDITION,~SUBTRACTION-RULE:~MAXIMUM OF THE III(3)-SYMBOLS-SEQUENCE~IS~~ARE~

:ADDITION-MODEL:~XXX(~30)+XL(~40)=~LXX(~70)~IS~~ARE~

:SUBTRACTION-MODEL:~IX(~9)-IV(~4)=~V(~5)~IS~~ARE~

:~MCM=~1900:~IS~~ARE~

~:CONTINUATION OF THE CLAIM:~

~III  FOR THESE ACTS OF THESE INFRINGEMENTS,~TRESPASSES,~ENCROACHMENTS,~WANTON THROUGHBY THE TIME-DURATION:~JANUARY-XXV-MMXII WITH THE CUSTOMER:~SOUTHERN-GRAPHICS-SYSTEMS ON THE CONTRACT THROUGH THE ~MAY-XXIV-MMXII BYWITH THE SHIP-BILL OF THE LADING WITH THE CARGO ONBY THE MODEL-NUMBER:~MM45 WITH THE START OFTHROUGHWITHBY THE SERIAL-NUMBER-CONVEYOR-VASSALEE FOR THE SOUTHERN-GRAPHICS-SYSTEMS OF THE TAMPA:~FLORIDA BY THE FREIGHT ON THE BOARD:~DESTINATION ONTHROUGHOFWITHBY THE UNITY-STATES,~UNITED-STATES(sic)-

~:COPYRIGHT:~COPYCLAIM:~COPY:~NOVEMBER-03:~2013 BY THE Kevin-Eugene: Swartz WITH THE NON-BREAKING-SPACE~IS~~ARE~

:~8~.

LETTERS-PATENT-NUMBER:~7,434,679-SAFEGUARD ON THESE ~12,~14,~15,~16,~17,~18,~19,~20,~21,~25,~26,~27-CLAIMS BYTHROUGHWITH THESE VASSALEE-FACTORIES-ACTIVITIES OF THE LOCATION:~WHITE-DEER:~COUNTY:~UNION:~STATE:~PENNSILVANIA:~PENNSYLVANIA(sic):~UNITY-STATES:~UNITED-STATES(sic):~POST:~OFFICE:~ZIP:~CODE:~17887 BYWITH THE COMMERCE-WAKE ONTHROUGH THE MARKET-VALUE ON THE EQUAL:$\approx$91,049-UNITY-STATES,~UNITED-STATES(sic)-DOLLARS~IS~~ARE~

~IV  FOR THE ORDER THROUGHBY THE REMEDY-CORRECTION WITH THESE PRAYERS ON THE INFRINGEMENT,~TRESPASS,~ENCROACHMENT,~WANTON OFWITHONBYWITH THE UNITY-STATES,~UNITED-STATES(sic)-LETTERS-PATENT-NUMBER:~7,434,679 ONOF THE PATENT-SAFEGUARD WITHONOFTHROUGHBY THE UNITY-STATES,~UNITED-STATES(sic)-DI-STRICT-COURT ONOFFOR THE MIDDLE-DI-STRICT OF THE PENNSILVANIA,~PENNSYLVANIA(sic) THROUGH THE CITY OF THE WILLIAMSPORT:~POST:~OFFICE:~ZIP:~CODE:~17701~IS~~ARE~

~:COPYRIGHT:~COPYCLAIM:~COPY:~NOVEMBER-03:~2013 BY THE Kevin-Eugene: Swartz WITH THE NON-BREAKING-SPACE~IS~~ARE~

~V  THROUGHFOR THE LIMITED-MONOPOLY-COMPLIANCE WITHON THE STATUTE-MANDATE THROUGH THE POST OFWITH THE LETTERS-PATENT WITHBY THE SERIAL-NUMBER ONBY THE ALL-CONVEYORS THROUGH THE MANUFACTURSO BY THE Kevin-Eugene: Swartz WITHONBY THE PLACARD-VESSEL-MANUFACTURER~IS~ARE~

~VI  FOR THE LETTERS WITH THE DATES:~FEBRUARY-20,~2013;~APRIL-10,~2013 OFFOR THE POST-VASSALEE ONTHROUGH THE INFRINGEMENT, TRESPASS, WANTON, ENCROACHMENT OFTHROUGHBY THE VASSALEE-FACTORY-ACTS OFWITH THE SALES-OFFERS, FACTORIES-ACTIVITIES ON THE SALES OFON THE INVENTION-USAGE ONBY THE PATENT-VIOLATION WITHON THE UNITY-STATES,~UNITED(sic)-STATES ONWITH THE COMMERCE-ACTION OFONTHROUGHBY THE UNITY-STATES,~UNITED(sic)-STATES-LETTERS-PATENT-NUMBER:~7,434,679 ONBY THE TECHNOLOGY-SAFEGUARD WITH THE LACK OFWITH THE LICENSURE-CONTRACT WITHTHROUGH THE UNITY-STATES,~UNITED(sic)-STATES OFTHROUGHONBY UNITY,~UNITED(sic)-STATES-LETTERS-PATENT-NUMBER:~7,434,679 BY THE VASSALEE~IS~~ARE~

~:COPYRIGHT:~COPYCLAIM:~COPY:~NOVEMBER-03:~2013 BY THE Kevin-Eugene: Swartz WITH THE NON-BREAKING-SPACE~IS~~ARE~

~:PRAYERS:~

~:PRAYER-ONE ONTHROUGH THIS PRAYER-CLAIM FOR THIS ≈91,049x4=≈364,196 THROUGHOFFORON UNITY-STATES,~UNITED-STATES(sic)-DOLLARS-DAMAGE OF THIS INJURY ONOF THIS DAMAGE-MULTIPLIER:~FOUR(~4) BYOF THE VASSALEE-FACTORIES WITH THE TRESPASS ON THE ENCROACHMENT THROUGH THE INFRINGEMENT BY THE WANTON ONWITH THE SALE-OFFER,~FACTORY-ACT ON THE SALE THROUGHOFWITHONBY THE UNITY-STATES,~UNITED-STATES(sic)-LETTERS-PATENT-NUMBER:~7,434,679 OFON THE INVENTION-USAGE WITHONOF THE UNITY-STATES,~UNITED-STATES(sic)-REALM ONTHROUGH THE COMMERCE-ACTIVITY OFBY THIS VASSALEE-WAKE ONBY THE PATENT-VIOLATION~IS~~ARE~

~:PRAYER-TWO ONTHROUGH THIS PRAYER-CLAIM FORTHROUGHWITH THIS FINAL-JUDGEMENT-ORDER OFWITHON THE COURT-DI-RECTION WITHON THE COMMAND-GAVEL THROUGH THIS RECORD ONBY THE DAMAGESO-REMEDY~IS~~ARE~

~:PRAYER-THREE ONTHROUGH THIS PRAYER-CLAIM FORTHROUGHWITH THIS FINAL-JUDGEMENT-ORDER OFWITHON THE COURT-DI-RECTION WITHON THE COMMAND-GAVEL ONTHROUGH

~:COPYRIGHT:~COPYCLAIM:~COPY:~NOVEMBER-03:~2013 BY THE Kevin-Eugene: Swartz WITH THE NON-BREAKING-SPACE~IS~~ARE~

:~11~.

THIS BLOCKADE-ACTION FOR THE INFRINGEMENT, TRESPASS, ENCROACHMENT, WANTON OFWITH THE LETTERS-PATENT:~7,434,679~IS~~ARE~

~:PRAYER-FOUR  ONTHROUGH THIS PRAYER-CLAIM FORTHROUGHWITH THIS FINAL-JUDGEMENT-ORDER OFWITHON THE COURT-DI-RECTION WITHON THE COMMAND-GAVEL THROUGH THIS RECORD ONWITH THE INTEREST-LOSSES ONBY THE DAMAGESO-REMEDY~IS~~ARE~

~:PRAYER-FIVE  ONTHROUGH THIS PRAYER-CLAIM FORTHROUGHWITH THIS FINAL-JUDGEMENT-ORDER OFWITHON THE COURT-DI-RECTION WITHON THE COMMAND-GAVEL THROUGH THIS RECORD ONWITH THESE COSTS-LOSSES ONBY THE DAMAGESO-REMEDY~IS~~ARE~

~:PRAYER-SIX  ONTHROUGH THIS PRAYER-CLAIM FORTHROUGHWITH THIS FINAL-JUDGEMENT-ORDER OFWITHON THE COURT-DI-RECTION WITHON THE COMMAND-GAVEL THROUGH THIS RECORD ON THE CALCULATION OFONWITH THESE PATENT-CLAIM-LOSSES WITH THE LIVERY ONWITH THE NEW-TECHNOLOGIES ONBY THE DAMAGESO-REMEDY~IS~~ARE~

~:COPYRIGHT:~COPYCLAIM:~COPY:~NOVEMBER-03:~2013 BY THE Kevin-Eugene: Swartz WITH THE NON-BREAKING-SPACE~IS~~ARE~